Rodman A EGGEN, Plaintiff–Appellant,

v.

SASOL CHEMICAL INDUSTRIES LTD; Sasol Limited; Sasol Holding BV; Sasol Synthetic Fuels Ltd, Defendants–Appellees.

No. 04–20554.

United States Court of Appeals, Fifth Circuit.

Decided March 11, 2005.

Murray Jules Fogler, Paula Krumboltz Hutchinson, McDade Fogler Maines, Houston, TX, for Plaintiff-Appellant.

Randy J. McClanahan, McClanahan & Clearman, Gregg C. Laswell, Akin Gump Strauss Hauer & Feld, Houston, TX, for Defendants–Appellees.

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

This Court has considered Eggen's position in light of the briefs, pertinent portions of the record, and oral argument. Having done so, we find no reversible error of fact or law and AFFIRM for essentially the reasons stated by the district court.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.